**FILED**
April 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Melanie Miller___
DEPUTY

# SEALED

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

KEITH CORONA

**CRIMINAL COMPLAINT**

CASE NUMBER: **W22-084M**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **April 14, 2022,** in **Robertson** County, in the **Western** District of **Texas**, defendant(s), **unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least 500 grams of a mixture or substance containing methamphetamine, a Schedule II Controlled Substance**, in violation of Title **21**, United States Code, Section(s) **841(a)(1) and 841(b)(1)(A)(viii).**

I further state that I am a(n) **Special Agent, Federal Bureau of Investigation,** and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

_____
JARED HARSHBARGER, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

| April 18, 2022 | Waco, Texas |
|---|---|
| Date | City and State |
| Jeffrey C. Manske | _Jeffrey C. Manske_ |
| U.S. Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT & ARREST WARRANT

I, Jared Harshbarger, a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the FBI Bryan Resident Agency of the Houston Division (hereinafter "Affiant"), being duly sworn, depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since June 2021. I am currently assigned to the Houston, Texas Division of the FBI, Bryan Resident Agency, where I conduct a variety of investigations dealing with criminal violations. I received law enforcement training at the FBI Academy in Quantico, Virginia. Portions of my duties are dedicated to investigating cases involving an assortment of crimes. Since becoming a Special Agent, I work with experienced Special Agents who also investigate a myriad of criminal violations to include Drug Trafficking, White Collar Violations, and Kidnapping.

2. From my training and experience, and through my conversations with other agents and law enforcement officers, I have become familiar with the methods used by people to enter into a conspiracy to commit a federal drug trafficking crime. I have participated in numerous investigations involving individuals suspected of violating laws of the United States, including trafficking of narcotics.

3. The facts included in this affidavit are based on my personal observations, training and experience, and information obtained from other agents and law enforcement officers. Facts have also been gathered from confidential human sources (CHSs) who have provided information that has been corroborated and/or proved to be reliable and credible.

4. CHS is an individual identified in this investigation to have knowledge of KEITH CORONA's drug trafficking based in Calvert, Robertson County, Texas area, located within the Western District of Texas, Waco Division.

5. CHS is facing criminal charges related to drug trafficking and hopes to receive charging and/or sentencing consideration from law enforcement for his/her activities on behalf of law enforcement. CHS has a criminal history which includes prior arrests for possession of a controlled substance offenses.

6. Much of the CHS's information has been corroborated throughout the course of the investigation and verified through surveillance and consensual recordings.

7. As set forth below, probable cause exists to believe that KEITH CORONA has committed federal narcotics crimes, including possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841 (the "TARGET OFFENSE".)

8. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter.

## BACKGROUND

1. In July 2020, Special Agents assigned to the FBI's Bryan, Texas office opened an investigation involving a Drug Trafficking Organization supplying illegal narcotics throughout the Bryan Area of Responsibility (AOR). The investigation relates to the sale of methamphetamine and cocaine throughout the Southern and Western Districts of Texas. CORONA has been identified as a distributor of narcotics for this organization and is a target of this investigation

## FACTS IN SUPPORT OF PROBABLE CAUSE

1. According to a Confidential Human Source (CHS), whose information has been corroborated as reflected in previous paragraphs of this affidavit, CORONA is a drug source of supply in the Western District of Texas. CHS has direct knowledge of the criminal allegations and activity being conducted by CORONA. CHS reported that historically CORONA typically kept multiple kilograms of methamphetamine and cocaine at CORONA's residence in Calvert, Texas. However, CHS has reported CORONA moved narcotics to a secondary location. According to CHS, CORONA distributes cocaine and methamphetamine to the local population. Agents were able to corroborate CORONA's involvement in drug trafficking through surveillance and consensual recordings.

2. On April 14, 2022, CHS, in the presence of FBI Agents, placed a phone call to CORONA to purchase methamphetamine. During the phone call, while under FBI surveillance, CORONA was observed driving Northbound on Highway 6. Following the phone call, CORONA turned the vehicle around and proceeded Southbound on Highway 6. CORONA drove to a residence in close proximity to his home in Calvert, Texas. While at this residence, CORONA parked, exited the vehicle, and retrieved an item from the trunk of a secondary vehicle. CORONA returned to the vehicle he arrived in, and immediately proceeded to travel directly to the predetermined meeting location with the CHS. While CORONA was enroute, the Department of Public Safety, in coordination with FBI, conducted a traffic stop on CORONA in

Calvert, Robertson County, Texas, a place within the Waco Division of the Western District of Texas. CORONA was the sole occupant in the vehicle. Law enforcement identified what was presumed to be methamphetamine in the vehicle. A narcotic field test was conducted by law enforcement on the suspected methamphetamine. Law enforcement identified the presence of methamphetamine in the substances tested. In total, 586 grams of suspected methamphetamine was seized. CORONA was transported to Robertson County Sherriff's Office for processing and detention.

3. Based on my training and experience, the quantity of narcotics being sold by CORONA is indictive of being associated with a larger drug trafficking organization. Additionally, the narcotics being trafficked are indictive of being a mid-level supplier and not buying/selling narcotics for merely personal use.

4. Based upon the aforementioned information, probable cause exists to believe that Keith CORONA is in violation of the TARGET OFFENSE, which is possession with the intent to distribute a controlled substance in the Western District of Texas.

JARED HARSHBARGER, Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me on the __18th__ day of April, 2022.

JEFFREY C. MANSKE
United States Magistrate Judge